PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:25-CR-199 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| DANIEL SCHARMER, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 27] |

Pending before the Court is Defendant Daniel Scharmer's Motion for Leave to File Sentencing Memorandum Under Seal.  ECF No. 27.  The motion is granted in part.  The sealing is limited to a supplement to the anticipated sentencing memorandum, which contains personal and confidential information and specific references to personal and confidential information. That which does not include references to Defendant's personal and confidential information shall be included in the (unsealed) anticipated sentencing memorandum.  All parties are on notice that the Court will sentence  publicly and may expose that which Defendant deems sensitive.

IT IS SO ORDERED.

____July 8, 2026____
Date

_/s/ Benita Y. Pearson_____
Benita Y. Pearson
United States District Judge